**Moshe Cinque CANTY, Plaintiff–Appellant,**

v.

**Frederick J. KRUGER, Correction Lieutenant, Lt. Quinn, Correction Lieutenant, Richard J. Cox, Correction Sergeant, Peter M. Kuc, Correction Officer, Jeffrey W. Claflin, Correction Officer, Richard M. Knight, Correction Officer, Defendants–Appellees.**

No. 08–3407–pr.

United States Court of Appeals, Second Circuit.

Feb. 22, 2010.

Moshe Cinque Canty, Elmira, NY, pro se.

Andrew M. Cuomo, Attorney General of the State of New York; Barbara D. Underwood, Solicitor General of the State of New York; Andrea Oser, Deputy Solicitor General of the State of New York; Rajit S. Dosanjh, Assistant Solicitor General of the State of New York, for Appellee.

PRESENT: DENNIS JACOBS, Chief Judge, ROSEMARY S. POOLER and ROBERT A. KATZMANN, Circuit Judges.

### SUMMARY ORDER

Plaintiff-appellant Moshe Cinque Canty argues that the jury's verdict was unsupported by sufficient evidence. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

Canty did not preserve his argument by filing a motion pursuant to Rule 50 of the Federal Rules of Civil Procedure. Accordingly, we may consider his challenge only: (1) if the district court indicated that a Rule 50 motion need not be filed, or (2) "to prevent a manifest injustice in cases where a jury's verdict is wholly without legal support." *Jacques v. DiMarzio, Inc.*, 386 F.3d 192, 199 (2d Cir.2004) (internal quotation marks and alteration omitted). Here, the district court did not relieve Canty of his obligation under Rule 50, and the officers' testimony at trial constitutes sufficient evidence to sustain the jury's verdict.

Finding no merit in Canty's remaining arguments, we hereby **AFFIRM** the judgment of the district court.